UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22762-Civ-COOKE/GOODMAN

CARLOS ALFARO; and HENRIETTA I.
EGBUNIKE, on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

BANK OF AMERICA, N.A.; and BANK OF
AMERICA CORPORATION,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATIONS</u>**

    THIS MATTER is before the Court on United States Magistrate Judge Jonathan Goodman's Report and Recommendation on Defendants' Motion For Bill of Costs (ECF No. 203). Judge Goodman recommends that the Court **GRANT** *in part* Defendants' Motion and award Defendants **$8,076.99** in taxable costs. Neither Party objected to the Report and the time to do so has passed.

    The Court has reviewed the Motion, Judge Goodman's Report, and the relevant legal authorities. Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report as the Order of this Court (ECF No. 203) and **GRANTS** *in part* Defendants' Motion (ECF No. 196). The Court **AWARDS** Defendants **$8,076.99** in taxable costs.

    **DONE and ORDERED** in Chambers, at Miami, Florida, this 15th day of December 2021.

*/s/ Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*